# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. MATTHEW M. SINCLAIR, **Defendant.** | 6:24-PO-5036-KLD <br><br> VIOLATION: 9597289 <br> Location Code: M18 <br><br> **ORDER** |

Based upon the motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the above citation is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 12, 2024, is **VACATED**.

DATED this 27th day of September, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge